1  John C. Grugan (PA 83148)
   gruganj@ballardspahr.com
2  *(admitted pro hac vice)*
   Thomas F. Burke (PA 320311)
3  burket@ballardspahr.com
   *(admitted pro hac vice)*
4  **BALLARD SPAHR LLP**
   1735 Market St., 51st Floor
5  Philadelphia, PA 19103-7599
   Telephone: (215) 864-8500
6  Facsimile: (215) 864-8999

7  Marcos D. Sasso (SBN 228905)
   sassom@ballardspahr.com
8  **BALLARD SPAHR LLP**
   2029 Century Park East, Suite 800
9  Los Angeles, CA  90067-2909
   Telephone: (424) 204-4400
10 Facsimile: (424) 204-4350

11 *Attorneys for Defendant Pennsylvania*
   *Higher Education Assistance Agency*

12
                    **UNITED STATES DISTRICT COURT**
13                 **NORTHERN DISTRICT OF CALIFORNIA**

14
   THE PEOPLE OF THE STATE OF            CASE NO. 20-cv-03150-MMC
15 CALIFORNIA, by and through the
   Commissioner of Business Oversight,
16
             Plaintiff,                  **JOINT STIPULATION TO**
17                                        **RESCHEDULE CASE MANAGEMENT**
        v.                               **CONFERENCE**
18
   PENNSYLVANIA HIGHER EDUCATION         Current Conference Date: August 14, 2020
19 ASSISTANCE AGENCY, d/b/a Fedloan,     New Conference Date: October 9, 2020

20           Defendant.

21

22

23

24

25

26

27

28

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California  90067-2909

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909

1    Pursuant to Civil Local Rule 6-2(a), Defendant Pennsylvania Higher Education Assistance

2  Agency (PHEAA) and Plaintiff the California Department of Business Oversight (DBO), by and

3  through their respective counsel, hereby stipulate as follows:

4    WHEREAS, on May 15, 2020, PHEAA filed a motion to dismiss the Complaint with

5  prejudice.  (Doc. No. 10.)

6    WHEREAS, on May 27, 2020, the Court scheduled a case management conference in this

7  matter for August 14, 2020.  (Doc. No. 18.)

8    WHEREAS, because PHEAA's motion to dismiss is still pending, there will be little or no

9  benefit to the Court or the Parties if a case management conference is held before the Court rules

10  on PHEAA's motion.

11    WHEREAS, PHEAA has requested and the DBO has consented to reschedule the case

12  management conference from August 14, 2020 to October 9, 2020.

13    WHEREAS, this is the first time modification in this matter.

14  DATED: July 27, 2020                    */s/ Marcos D. Sasso__ _____*
                                          Marcos D. Sasso
15
                                          *Attorney for Defendant Pennsylvania*
16                                        *Higher Education Assistance Agency*

17
    DATED:  July 27, 2020                  */s/ Paul Yee_____*
18                                        Paul Yee

19                                        *Attorney for Plaintiff the California*
                                          *Department of Business Oversight*
20

21

22  Pursuant to L.R. 5-1(i)(3), the filer of this document, Marcos Sasso, attests that concurrence in
    the filing of this document has been obtained from each of the other Signatories, which shall
23  serve in lieu of their signatures on the document.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.
24

25  DATED:                                 _____
                                          Maxine M. Chesney
26                                        Senior United States District Judge

27

28
                                          1