IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>　　　　　Defendant. | Case No. 20-cv-03150-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed October 2, 2020, the Court dismissed plaintiff's complaint, with leave to amend no later than October 23, 2020. On October 21, 2020, plaintiff filed a Notice of Intent to Not File Amended Complaint.

Accordingly, the above-titled action is hereby DISMISSED.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 23, 2020

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge