UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Plaintiff.<br><br>   v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,<br><br>   Defendant. | Case No. 20-cv-03150-MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)  Decision by Court.**  On October 21, 2020, plaintiff filed a Notice of Intent to Not File Amended Complaint.

Accordingly, the above-titled action is hereby DISMISSED.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 10/23/2020

Susan Y. Soong, Clerk

_____
LISA R. CLARK
Deputy Clerk