MARY ANN SMITH
Deputy Commissioner
DANIEL P. O'DONNELL
Assistant Chief Counsel
PAUL YEE (State Bar No. 142381)
Senior Counsel
MARLOU DELUNA (State Bar No. 162259)
Senior Counsel
KELLY SUK (State Bar No. 301757)
Counsel
Department of Financial Protection and Innovation
One Sansome Street, Suite 600
San Francisco, California 94104-4448
Telephone: (415) 972-8544
Facsimile: (415) 972-8550
Email: Paul.Yee@dfpi.ca.gov

*Attorneys for the People of the State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, by and through the Commissioner of Financial Protection and Innovation,<br><br>          Plaintiff,<br><br>     v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, d/b/a/ FedLoan<br><br>          Defendant. | CASE NO. 20-cv-03150-MMC<br><br>**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)** |

TO THE COURT AND TO ALL PARTIES HEREIN:

Please take notice that no transcripts will be ordered in connection with this appeal.  See 9th Cir. R. 10-3.1(c).

Dated: December 16, 2020

MANUEL P. ALVAREZ
Commissioner of Financial Protection and Innovation

/s/  *Paul Yee*
PAUL YEE

# CERTIFICATE OF SERVICE

Case Name: *People of the State of California v. Pennsylvania Higher Education Assistance Agency*   No. **20cv03150-MMC**

I hereby certify that on <u>December 16, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c )

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 16, 2020, at</u> San Francisco, California.

| J. Perez | /s/ J Perez |
|---|---|
| Declarant | Signature |